| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| JOSE M. MARTINEZ<br>7855 WENDOVER DR<br>RIVERSIDE, CALIFORNIA 92509<br>951 750-55-56<br>727-05-56 | 2010 DEC -1 PM 1:09<br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY |
| ATTORNEYS FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOSE M. MARTINEZ<br><br>Plaintiff(s),<br>v.<br>FREMONT INVESTMENT & LOAN, Qualified Inst<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS,INC,NATIONAL DEFAULT SERVICI<br><br>Defendant(s) | CASE NUMBER:<br><br>CV10-08187 PA-JCX<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   PLAINTIFF, JOSE M. MARTINEZ
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                                     **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| FREMONT INVESTMENT & LOAN, Qualified Institutional Banker | DEFENDANT |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, | DEFENDANT |
| NATIONAL DFAULT SERVICING CORPORATION | DEFENDANT |

11-30-2010                    Maria Martinez
Date                          Sign

_____
Attorney of record for or party appearing in pro per